IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY W. ORR, Sr., | : Civil No. 1:18-CV-00422 |
| Plaintiff, | : |
| v. | : |
| MARK JUDSON COLLIN, M.D., *et al.*, | : |
| Defendants and Third-Party Plaintiffs, | : |
| v. | : |
| VIRTUAL RADIOLOGIC PROFESSIONALS, LLC and ALISON MARIE ROBINETTE, M.D., | : |
| Third-Party Defendants. | : Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 16th day of November, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Third-Party Defendants' motion for summary judgment (Doc. 86) is **DENIED**.

2. Third-Party Plaintiffs' motion for leave to file a supplemental expert report (Doc. 93) is **DENIED WITHOUT PREJUDICE**.

3. Third-Party Plaintiffs' motion to deem their motion for leave to file a supplemental expert report unopposed (Doc. 96) is **DENIED AS MOOT**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
